UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

> Motion GRANTED. Hearing reset for 7/7/14 at 2:30 p.m.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:13-00002 |
| | ) | JUDGE TRAUGER |
| MICHAEL JENKINS | ) | |

## MOTION FOR CONTINUE THE SENTENCING HEARING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests a continuance of the sentencing hearing in the above case.

In support of this motion, the undersigned submits that the probation office needs additional time to complete the Presentence Investigation. Therefore, the government requests a brief continuance of the sentencing hearing, so that the Presentence Report can be completed.

Defense counsel has been contacted and has no objection to this request.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

*s/ Matthias Onderak*
MATTHIAS ONDERAK
Assistant U. S. Attorney
110 9th Avenue South, Suite A-96l
Nashville, Tennessee 37203
(615)736-5151